IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CARLOS CAREY,    )<br>                  )<br>    Plaintiff,  )<br>                  )<br>    v.            )<br>                  )<br>SGT. DOMINIC WHITLEY,  )<br>                  )<br>    Defendant.   ) | CIVIL ACTION NO.<br>2:13cv835-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit claiming that defendant, a correctional officer, told prisoners that plaintiff provided information to law enforcement, and this act endangered plaintiff's safety.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion for summary judgment be granted.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 14th day of February, 2017.

                                         /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**